# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:22-cr-00247 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| | ) |
| LAQUINTAZE BUFORD | ) |

## ORDER

The status conference scheduled for October 25, 2022, is CANCELLED.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE